**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FRANCISCO HERNANDEZ, ISAURA MARTINEZ, RUFINA HERNANDEZ, NARCISO MEDINA, and MARTIN HERNANDEZ, and ANGELA SANTIAGO on behalf of themselves and other similarly situated individuals, ) ) ) ) ) ) | |
| Plaintiffs, ) | No. 16-cv-10747 |
| v. ) | |
| ) | Judge Gettleman |
| MULTI-SERVICIOS LATINO, INC., JP FINANCIAL SERVICES, INC. D/B/A J & P CHECK CASHING, RIGOBERTO AGUILAR, individually, EUGENIO AGUILAR, individually, RON'S TEMPORARY HELP SERVICES, INC., SURESTAFF, INC., FLEXIBLE STAFFING SERVICES, INC.,TRIUNE LOGISTICS, LLC, REAL TIME STAFFING SERVICES, LLC d/b/a SELECT REMEDY, ELITE LABOR SERVICES, LTD. and ACCURATE PERSONNEL, LLC, Defendants. ) ) ) ) ) ) ) ) ) | Magistrate Judge Schenkier |

**MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Defendant, RON'S TEMPORARY HELP SERVICES, INC. ("Defendant"), through its attorneys, respectfully request that this Court grant the withdrawal of Emily L. Mallor as attorney of record, and states as follows:

1. Defendant requests Emily L. Mallor be granted leave to withdraw as Counsel for Defendant because she is no longer with the firm of Korey Richardson LLP.

2. Defendant continues to be represented by Elliot S. Richardson, Michele D. Dougherty, Amy Finn, David M. Hickey, Carter A. Korey of Korey Richardson LLP and Steven P. Blonder of Much Shelist P.C.

Wherefore, RON'S TEMPORARY HELP SERVICES, INC. requests that this Court grants Emily L. Mallor leave to withdraw her appearance as attorney of record.

Dated: August 27, 2018                                         Respectfully Submitted,

                                                                                /s/ Michele D. Dougherty
                                                                                Carter A. Korey
                                                                                Elliot S. Richardson

          Michele D. Dougherty
Amy Finn
David M. Hickey
KOREY RICHARDSON LLP
20 S. Clark St., Suite 500
Chicago, Illinois 60603
(312) 372-7075
*Attorneys for RON'S TEMPORARY HELP SERVICES, INC.*