IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCISCO HERNANDEZ, ISAURA MARTINEZ, RUFINA HERNANDEZ, NARCISO MEDINA, MARTIN HERNANDEZ and ANGELINA SANTIAGO, on behalf of themselves and others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 16 C 10747 |
| v. | ) ) | Judge Robert W. Gettleman |
| MULTI-SERVICIOS LATINO, INC., JP FINANCIAL SERVICES, INC. d/b/a J&P Check Cashing, RIGOBERTO AGUILAR, individually, EUGENIO AGUILAR, individually, RON'S TEMPORARY HELP SERVICES, INC., SURESTAFF, INC., FLEXIBLE STAFFING SERVICES, INC., TRIUNE LOGISTICS, LLC, REAL TIME STAFFING SERVICES, LLC d/b/a Select Remedy, ELITE LABOR SERVICES, LTD., and ACCURATE PERSONNEL, LLC, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This matter came before the court for ruling on pending motions. For the reasons stated in open court on this date, it is hereby ordered:

(1) Defendant Surestaff Inc.'s [Doc. 122], Ron's Temporary Help Services, Inc's [Doc. 126], Flexible Staffing Services, Inc.'s [Doc. 132], Real Time Staffing Services, LLC's [Doc. 142] are Elite Labor Services, Ltd.'s [Doc. 160] motions to dismiss are granted with prejudice as to Count I (RICO) and without prejudice as to the other counts;

(2) Defendant Accurate Personnel, LLC's motion to dismiss and compel arbitration or to stay [Doc. 156] is denied;

(3) Plaintiff shall file a fifth amended complaint, consistent with today's order, on or before September 20, 2018;

(4) This matter is set for a report on status on October 9, 2018, at 9:30 a.m.

**ENTER:** **September 6, 2018**

_____
**Robert W. Gettleman**
**United States District Judge**